## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

**Scott Malcolm,**
**as trustee of the Carpenters & Joiners**
**Welfare Fund and the Twin City Carpenters**
**Vacation Fund, et al.,**

    Plaintiffs,

v.

**Russnick Contractors, Inc.,**

    Defendant.

**Civil No. 06-4842 (PJS-JJG)**

**ORDER**

This matter is before the undersigned upon the report and recommendation of the United States Magistrate Judge. No objections have been filed to that report and recommendation in the time period permitted. Based on the report and recommendation of the Magistrate Judge, and being duly advised of all the files, records, and proceedings herein, **IT IS HEREBY ORDERED THAT:**

1. The plaintiffs' motion for entry of judgment (Doc. No. 6) is **GRANTED.**

2. Judgment is entered for the carpenters' funds in the amount of $14,592.33.

3. Judgment is entered for the painters' funds in the amount of $14,730.53.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated this 19th day of October, 2007.

                                                  s/Patrick J. Schiltz
                                                PATRICK J. SCHILTZ
                                                United States District Judge